**Order entered December 20, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00937-CV

### IN THE INTEREST OF S.M.G. AND A.I.G., CHILDREN

**On Appeal from the 302nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-21-04677**

### ORDER

Before the Court is appellant's December 19, 2022 motion for a sixteen-day extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 4, 2023.

/s/     KEN MOLBERG
        JUSTICE